**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: ) | Case No. 2-08-BK-05453-SSC |
| ) | |
| SALARS, ROBERT and ) | Chapter 7 |
| SALARS, GLENDA MARIE, ) | |
| ) | **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |
| Debtors. ) | |
| ) | |
| ) | |

_____

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient address and no other address for this creditor is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3003 | 3/23/10 | PENTECH FUNDING GROUP P.O. BOX 712320 CINCINNATI OH | $134.95 |

Dated this 28th day of April, 2010.

/s/ David M. Reaves
David M. Reaves,
Chapter 7 Trustee

1